UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
KULWINDER SINGH and BIKRAMJIT SINGH,

                              Plaintiffs,

     – against –

MEADOW HILL MOBILE, INC., *et al.*,

                              Defendants.
------------------------------------------------------------------------x

**ORDER**

20-CV-3853 (CS)

Seibel, J.

      Unless Plaintiffs hear from Defendants in the interim, Plaintiffs are hereby ORDERED to seek a Default Judgment per my Individual Practices, or discontinue, no later than October 29, 2020. Failure to do so may result in dismissal pursuant to Federal Rule of Civil Procedure 41(b) for failure to prosecute.

**SO ORDERED.**

Dated: September 28, 2020
       White Plains, New York

                                                    _____
                                                       CATHY SEIBEL, U.S.D.J.