**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------x
KULWINDER SINGH, and
BIKRAMJIT SINGH,                                    Case No. 1:20-cv-03853
*on their own behalf and on behalf of others similarly situated*
                                                    **[PROPOSED]**
                              Plaintiffs,    **DEFAULT JUDGMENT**

         v.

MEADOW HILL MOBILE INC
    d/b/a Meadow Hill Mobil Mart;
ABUJABER HAZIM, and
AHMED GHADEER

                              Defendants.
-------------------------------------------------------------------x

This action was commenced in the Southern District of New York on May 19, 2020, with the filing of the Complaint.

The Summons to the Complaint was issued on May 20, 2020 and Defendants MEADOW HILL MOBILE INC. d/b/a Meadow Hill Mobil Mart; ABUJABER HAZIM, and AHMED GHADEER were served on July 10, 2020, with proofs of service filed on July 12, 2020, pursuant to Rule 4(h)(1)(B) of the Federal Rules of Civil Procedure. Defendants time to answer or otherwise defend this action expired on July 31, 2020.

On September 28, 2020, Honorable Judge Cathy Seibel granted Plaintiffs permission to move for Default Motion against Defendants MEADOW HILL MOBILE INC. d/b/a Meadow Hill Mobil Mart; ABUJABER HAZIM, and AHMED GHADEER by October 29, 2020.

Plaintiffs filed a request for certificate of default against non-appearing Defendants MEADOW HILL MOBILE INC. d/b/a Meadow Hill Mobil Mart; ABUJABER HAZIM, and AHMED GHADEER on October 28, 2020, which request was granted on October 29, 2020.

Now, on motion of Troy Law, PLLC, attorney for Plaintiffs, it is hereby ORDER, ADJUDGED, and DECREED as follows:

That Plaintiff KULWINDER SINGH has judgment jointly and severally against Defendants MEADOW HILL MOBILE INC. d/b/a Meadow Hill Mobil Mart; ABUJABER HAZIM, and AHMED GHADEER in the amount of $147,811.57, including compensatory damages, permissible liquidated damages and penalties for violations arising under the New York Labor Law, plus prejudgment interest pursuant to N.Y. C.P.L.R. § 5001, accruing at the nine percent (9%) per annum rate set forth in N.Y. C.P.L.R. § 5004 from June 1, 2016 to entry of judgment, in the amount of $27,992.03, plus post-judgment interest pursuant to 28 U.S.C. § 1961.

That Plaintiff BIKRAMJIT SINGH has judgment jointly and severally against Defendants MEADOW HILL MOBILE INC. d/b/a Meadow Hill Mobil Mart; ABUJABER HAZIM, and AHMED GHADEER in the amount of $65,392.77, including compensatory damages, permissible liquidated damages and penalties for violations arising under the New York Labor Law, plus prejudgment interest pursuant to N.Y. C.P.L.R. § 5001, accruing at the nine percent (9%) per annum rate set forth in N.Y. C.P.L.R. § 5004 from June 1, 2016 to entry of judgment, in the amount of $2,602.24, plus post-judgment interest pursuant to 28 U.S.C. § 1961.

That Plaintiffs is entitled to recover $24,444.00 in legal fees and $805.00 in costs jointly and severally from Defendants, MEADOW HILL MOBILE INC. d/b/a Meadow Hill Mobil Mart; ABUJABER HAZIM, and AHMED GHADEER.

That if any amounts remain unpaid upon the expiration of ninety days following issuance of judgment, or ninety days after expiration of the time to appeal and no appeal is then pending, whichever is later, the total amount of judgment shall automatically increase by fifteen percent, as required by NYLL §198(4).

IT IS SO ORDERED.

Dated: New York, NY

_____ \_\_\_\_\_, 20\_\_\_

                                                  _____
                                                  Hon. Cathy Seibel, U.S.D.J.