# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
KULWINDER SINGH and BIKRAMJIT SINGH,
on their own behalf and on behalf of others
similarly situated,

                Plaintiffs,                20 **CIVIL** 3853 (CS) (AEK)

      -against-                        **JUDGMENT**

MEADOW HILL MOBILE INC. d/b/a Meadow
Hill Mobil Mart, ABUJABER HAZIM,
and AHMED GHADEER,

                Defendants.
------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Memo-Endorsed Order dated August 29, 2021, no objections to the Report and Recommendation (the "R&R") have been filed, having reviewed it for clear error. Having found no clear error, clear or otherwise, the R&R is adopted as the decision of the Court. Judgment is entered as follows: (1) $147,098.06 in favor of Plaintiff Kulwinder Singh; and (2) $65,390.64 in favor of Bikramjit Singh;(3) prejudgment interest at the rate of 9% per annum from 4/1/18 until the date of entry of judgment on Kulwinder Singh's compensatory damages award of $68,549.03, in the amount of $20,046.37; (4) prejudgment interest at a rate of 9% per annum from 6/20/19 until the date of entry of judgment on Bikramjit Singh's compensatory damages award of $27,695.32, in the amount of $5,060.28; (5) post-judgment interest to be calculated in accordance with 28 U.S.C. 1961; and (6) $11,649.25 in attorney' fees and $854 in costs. Further, pursuant to NYLL 198(4), any amount unpaid upon the expiration of 90 days after entry of judgment, or 90 days after expiration of the time to appeal and no appeal is then pending, whichever is later, the total amount of judgment shall automatically increase by 15%,

accordingly; the case is closed.

**Dated:**  New York, New York
August 30, 2021

                                                  **RUBY J. KRAJICK**
                                                  **Clerk of Court**
**BY:**
                                                  **Deputy Clerk**