UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
KULWINDER SINGH and
BIKRAMJIT SINGH,
*on behalf of themselves and others similarly situated,*
                                    Plaintiffs,

            v.

MEADOW HILL MOBILE INC.
d/b/a Meadow Hill Mobil Mart,
HAZIM ABUJABER, and
AHMAD GHADEER,
                                    Defendants.
-----------------------------------------------------------------x

Case No. 20-cv-03853 (CS) (AEK)

[~~PROPOSED~~]
**AMENDED JUDGMENT**

It is hereby **ORDERED, ADJUDGED, AND DECREED**: That for the reasons stated in the Court's Memo-Endorsed Order dated August 29, 2021, no objections to the Report and Recommendation (the "R&R") have been filed, having reviewed it for clear error. Having found no error, clear or otherwise, the R&R is adopted as the decision of the Court. Judgment is entered as follows: (1) $147,098.06 in favor of Plaintiff Kulwinder Singh; (2) $65,390.64 in favor of Plaintiff Bikramjit Singh; (3) prejudgment interest at the rate of 9 percent *per annum* from April 1, 2018 through August 30, 2021 for Kulwinder Singh's compensatory damages award of $68,549.03, in the amount of $20,046.37; (4) prejudgment interest at the rate of 9 percent *per annum* from June 20, 2019 through August 30, 2021 for Bikramjit Singh's compensatory damages award of $27,695.32, in the amount of $5,060.28; (5) post-judgment interest to be calculated in accordance with 28 U.S.C. § 1961; and (6) $11,649.25 in attorneys' fees and $854.00 in costs. Further, pursuant to N.Y. Lab. L. § 198.4, any amount unpaid upon the expiration of 90 days after the entry of judgment, or 90 days after expiration of the time to appeal and no appeal is then pending, whichever is later, the total amount of judgment shall automatically increase by 15 percent. Accordingly, the case is closed.

So Ordered.

_____
Cathy Seibel, U.S.D.J.

Dated: 12/6/21